courts of this circuit except as provided by Ninth Circuit Rule 36–3.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**UNITED STATES Of America,
Plaintiff–Appellee,**

v.

**Kiet Dinh NGO, Defendant–Appellant.**

**No. 04–30017.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 9, 2004.\*

Decided Aug. 18, 2004.

Mark N. Bartlett, Esq., Ronald J. Friedman, Esq., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Mark David Mestel, Mestel & Muenster, Everett, WA, for Defendant–Appellant.

Before: SCHROEDER, Chief Judge, RAWLINSON and CALLAHAN, Circuit Judges.

MEMORANDUM \*\*

Kiet Dinh Ngo appeals the sentence imposed upon revocation of his five-year term of supervised release, arising from his guilty-plea conviction for bank fraud. We have jurisdiction under 18 U.S.C. § 3742, and we affirm.

Ngo contends that the district court erred by failing to state on the record its reasons for including a 47–month term of

supervised release as part of the sentence imposed. We disagree. The district court was required to state "its general reasons for its imposition of the particular sentence[.]" *See United States v. Lockard,* 910 F.2d 542, 546 (9th Cir.1990); *see also* 18 U.S.C. § 3553(c). The district court met this requirement by discussing Ngo's need for post-release substance abuse treatment and his demonstrated potential for recidivism. *See* 18 U.S.C. § 3583(c); *United States v. Cervantes–Valenzuela,* 931 F.2d 27, 29 (9th Cir.1991) (per curiam).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.